NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS E. WIGGINS, )
)
   Appellant, )
)
v. )  Case No. 2D18-2736
)
STATE OF FLORIDA, )
)
   Appellee. )
                 )

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A. Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


    Affirmed.


CASANUEVA, MORRIS, and BLACK, JJ., Concur.